**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHRISTIAN ORTIZ FUNES,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN OF MOSHANNON VALLEY PROCESSING CENTER, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:26-CV-01834 |

**ORDER**

Respondents have filed a Response to the Petition for a Writ of Habeas Corpus, indicating that Petitioner has elected to have a bond hearing before an Immigration Judge and that the hearing was to be held on September 29, 2026, the same date the Response was filed. ECF No. 4. Thus, the Court has been informed only that a bond hearing was scheduled. The Court will grant the habeas petition and maintain jurisdiction. Accordingly, Respondents are directed to file a copy of the Immigration Judge's bond decision on the record within five days. Thereafter, a further Order will issue, as appropriate.

BY THE COURT:

DATED: November 2, 2026

______________________________
Marilyn J. Horan
United States District Judge